UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MARIO MONSERRATE, ARTURO JUAREZ, and MARIA JUAREZ,

Plaintiffs,

-against-

K.K. MACHINE CO., INC., KAREL HAJEK a/k/a CHARLES HAJEK

Defendants.

---------------------------------------------------------------X

Case No. 10-CV-3732(SLT)(SMG)

**AFFIRMATION IN SUPPORT OF REPLY**

**ANDREAS GEROULAKIS**, an attorney duly admitted to practice law in the State of New York and in the United States District Court, Eastern District of New York hereby affirms under the penalty of perjury:

1. I am an associate of THE LAW OFFICES OF WILLIAM CAFARO, the attorneys of record for the plaintiffs in the above captioned matter, and as such, I am fully familiar with the file and the facts and circumstances alleged herein.

2. I submit this affirmation in reply to Defendants' memorandum of law in opposition to Plaintiffs' motion *in limine*.

3. Annexed hereto as Ex. "1" is an affirmation of William Cafaro dated January 12, 2012.

4. Annexed hereto as Ex. "2" is a copy of an email forwarded from David Stein Esq.'s email to William Cafaro on July 15, 2011.

Dated: New York, New York
January 12, 2012

/s/
Andreas Geroulakis (AG9752)
LAW OFFICES OF WILLIAM CAFARO
*Attorney for the Plaintiffs*
19 West 44th Street, Suite 1500
New York, NY 10036
(212) 583-7400