## William Cafaro

**From:** David Stein
**Sent:** Friday, July 15, 2011 11:47 AM
**To:** William Cafaro
**Cc:** David Nieporent
**Subject:** Monserrate v. K.K. Machine

Bill:

Upon consideration, we cannot consent to your proposal to use plaintiff's videotaped testimony in lieu of an actual appearance at trial.

Sincerely,
David Stein, Esq.

---

SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
212-563-9884 / Fax 212-563-9870
dstein@samuelandstein.com
www.samuelandstein.com
Admitted: NY, NJ, PA, DC and IL
CONFIDENTIAL AND PRIVILEGED