

**LAW OFFICES OF WILLIAM CAFARO**

www.cafaroverdicts.com

William Cafaro, Esq.
ADMITTED IN NY, CA, MD & TX

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583-7401
Email: bcafaro@cafarocsq.com

April 25, 2013

**_By ECF_**
Tucker L. Melancon U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   Monserrate et al v. K.K. Machine Co., Inc. et al.
            Case No.: 10-C$_{IV}$-3732

Your Honor:

    Please accept this correspondence by way of explanation for the second filing of the same Proposed Findings of Fact and Conclusions of Law. No changes have been made to the text of the document, but the spreadsheet which was appended for Mario Monserrate erroneously stated his total claim as $62,570.75. Although the liquidated damages appeared on the spreadsheet, they were not added to the total due to oversight. When added, this yields a total claim figure of $88,629.44. There are no other changes.

                             Respectfully submitted,
                             Law Offices of William Cafaro


                             _____/s/_____
                             By William Cafaro (WC2730)
cc:                          *Attorney for Plaintiff*
By e-mail to loumarlaw@aol.com
Lou Morett, Esq.